SEYFARTH SHAW LLP
Pamela Q. Devata (*pro hac vice* forthcoming)
pdevata@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

SEYFARTH SHAW LLP
Selyn Hong (SBN 303398)
shong@seyfarth.com
975 F. Street, N.W.
Washington, DC 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

Attorneys for Defendant
LFL Enterprises, LLC dba Proforma Screening Solutions, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| John Doe,<br><br>            Plaintiff,<br><br>  v.<br><br>LFL Enterprises, LLC dba Proforma Screening Solutions, LLC, and Does 1-100,<br><br>            Defendants. | Case No. 5:18-cv-07200-NC<br><br>**STIPULATED REQUEST FOR DISMISSAL AND ORDER** |

Having completed their respective obligations under a written settlement agreement, Plaintiff John Doe and Defendant LFL Enterprises, LLC dba Proforma Screening Solutions, LLC (collectively "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. The above-captioned action shall be dismissed with prejudice; and
2. Each Party shall bear its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED.**

DATED: March 12, 2019

CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY

By: /s/ *William E. Kennedy*
    William E. Kennedy
    Attorneys for Plaintiff
    JOHN DOE

DATED: March 12, 2019

SEYFARTH SHAW LLP

By: /s/ *Selyn Hong*
    Pamela Q. Devata (*pro hac vice* forthcoming)
    Selyn Hong
    Attorneys for Defendant
    LFL ENTERPRISES, LLC
    DBA PROFORMA SCREENING SOLUTIONS, LLC

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I, Selyn Hong, attest that the contents of this document are acceptable to William E. Kennedy, counsel for Plaintiff, and that Mr. Kennedy has authorized the filing of this Notice.

Executed this 12th day of March 2019 in Washington, D.C.

    /s/ *Selyn Hong*

**ORDER**

Pursuant to the stipulation of the Parties, this action is hereby dismissed with prejudice. Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 13, 2019



HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge